Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

19 DEC 27 P 1: 15

[illegible stamp] CLK
[illegible] RT
[illegible] DISTRICT ALA.

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

The Northern Division

|   |   |
|---|---|
| Marcus Stefone McNeal _____ | Case No. $2 : 19$-cv-$1079$- mHT _____ |
| Plaintiff(s) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   ☒ Yes   ☐ No |
| -v- | |
| see attached No. 1 _____ | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marcus Stefone McNeal |
| Street Address | 619 Smythe St |
| City and County | Montgomery ,Montgomery |
| State and Zip Code | Alabama 36104 |
| Telephone Number | 334-233-9308 |
| E-mail Address | mrmsmcneal@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | American Credit Acceptance LLC |
| Job or Title *(if known)* | Corporation |
| Street Address | 961 East Main Street |
| City and County | Spartanburg, Spartanburg |
| State and Zip Code | South Carolina 29302-2185 |
| Telephone Number | 1-866-544-3430 |
| E-mail Address *(if known)* | Customer.Relations@acacceptance.com |

Defendant No. 2

| | |
|---|---|
| Name | Anarudh Agarwal |
| Job or Title *(if known)* | President |
| Street Address | 961 East Main Street |
| City and County | Spartanburg,Spartanburg |
| State and Zip Code | South Carolina 29302-2185 |
| Telephone Number | 1-866-441-0251 |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Dan C. Breeden , Jr |
| Job or Title *(if known)* | Manager |
| Street Address | 100 Dunbar Street Sutie 400 |
| City and County | Spartanburg , Spartanburg |
| State and Zip Code | South Carolina 29302-2185 |
| Telephone Number | 1-866-441-0251 |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Jason Bynum |
| Job or Title *(if known)* | Chief Operating Officer |
| Street Address | 961 East Main Street |
| City and County | Spartanburg,Spartenburg |
| State and Zip Code | South Carolina 29302-2185 |
| Telephone Number | 1-866-441-0251 |
| E-mail Address *(if known)* | N/A |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

H.R.1182 - Prohibit Predatory Lending Act
S.2438 - Predatory Lending Consumer Protection Act of 2002107th Congress (2001-2002)
S.1928 - Predatory Lending Consumer Protection Act of 2003
S.2405 - Predatory Lending Deterrence Act
S.2802 - Truth in Lending Simplification and Reform Act
H.R.10125 - Truth in Lending Simplification Amendments
H.R.4270 - Truth in Lending Reform Act
S.1829 - Empowering States' Rights To Protect Consumers Act
S.255 - Empowering States' Right To Protect Consumers Act of 2009
S.1006 - Empowering States' Rights To Protect Consumers Act of 2019
H.R.4183 - Empowering States' Rights To Protect Consumers Act of 2014
H.R.4471 - Consumer Fraud Act
H.R.1423 - Forced Arbitration Injustice Repeal Act
S.610 - Forced Arbitration Injustice Repeal Act
H.R.7258 - Consumer Credit Safety Commission Act of 2008
H.R.2258 - Consumer Fairness Act of 1999
H.R.1887 - Consumer Fairness Act of 2003
H.R.991 - Consumer Fairness Act of 2009
S.630 - Arbitration Fairness for Consumers Act
H.R.6977 - Loan Shark Prevention Act
H.R.1619 - Loan Shark Prevention Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Marcus Stefone McNeal                    , is a citizen of the

State of *(name)*   Alabama                              .

   b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the
   same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.   If the defendant is an individual

         The defendant, *(name)*   Anarudh Agarwal _____ , is a citizen of

         the State of *(name)*   South Carolina _____ . Or is a citizen of

         *(foreign nation)* _____ .

    b.   If the defendant is a corporation

         The defendant, *(name)*   American Credit Acceptance LLC , is incorporated under

         the laws of the State of *(name)*   South Carolina _____ , and has its

         principal place of business in the State of *(name)*   South Carolina _____ .

         Or is incorporated under the laws of *(foreign nation)* _____ ,

         and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the
   same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at
    stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    The Auto Retail Installment Contract I am in exceeds $75,00.00 by The Annual Percentage
    Rate which is 28%. A Finance Charge which is $30,012.71, Amount Financed $27,366.97,
    Total of Payments $57,379.68 and Total Price of Sale $62,129.68.When you take into
    consideration the unprecedented late fees, terms of the Retail Installment Contract and
    deceptive business practices of the defendants. You will understand that the loan Retail
    Installment Contract was designed to never end. This contract will in due time grow to
    unrealistic amounts of money owed. This will eventually triple the amount of $62,129.68 to an
    unknown number that would put more than $75,000.00 at stake. By Causing me the consumer
    the amount of the Annual Percentage rate, Finance Charge, Amount Financed, Total of
    Payments, and Total Sale Price. Potential legal fees, wage garnishments, loss of income. and
    prolong the life of poverty. As well as continued stress, health problems, and medical bills.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attchament No. 4  Statement of Claim

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To be Released fully and have the Retail Installment Contract Null and Voided.

To remove  permisson for American Credit Acceptance LLC to report any futher information on my Credit report .

To have previous information reported by American Credit Acceptance LLC Removed from my Credit Report .

To be able to surrender the 2018 Jeep Renegade ( VIN ZACCJABB0JPJ67756) wihtout any further obligation to the Retail Installment Contract.

 To have Punitive damages awarded for pain and suffering, for causing extreme stress and medical conditons that resulted in skin problems and prolong depression and voilating my consumer rights  to be paid in the amount of  $100,000,001.00 collectivley by American Credit Acceptance LLC of the state of South Carolina and the Official leadership. Anarudh Agarwal (President), Dan C. B reeden ,Jr (Member), Jason Bynum (Chief Operating Officer) , George Dean Johnson III ESA Trust (Trustee: Dan C. Breeden, Jr.) (Member), George Dean Johnson, Jr 2009 Revocable Trust (Trustee: George Dean Johnson, Jr.)(Member), Timothy MacPhail (Chief Financial Officer),  Curt Sidden Jr ( Chief Executive Officer) , Susanna Presnell Johnson ESA Trust (Trustee: Dan C. Breeden, Jr.) (Member), Todd Trawick (Chief Operating Officer), Mark VanGeison (President).

and

Hendricks Chrysler, Dodge, Jeep and Ram ,Hendricks Motorsports, LLC, Hendrick Automotive Group, and Joseph Riddick Hendrick III.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            12/27/2019

Signature of Plaintiff

Printed Name of Plaintiff        Marcus S.McNeal

### B. For Attorneys

Date of signing:            N/A

Signature of Attorney        N/A

Printed Name of Attorney      N/A

Bar Number              N/A

Name of Law Firm          N/A

Street Address            N/A

State and Zip Code          N/A

Telephone Number          N/A

E-mail Address            N/A

**Attachment No. 1**

Marcus Stefone McNeal

VS

**Defendant No. 1**

American Credit Acceptance LLC

**Defendant No. 2**

Anarudh Agarwal

**Defendant No. 3**

Dan C. Breeden Jr

**Defendant No. 4**

Jason Bynum

**Defendant No. 5**

George Dean Johnson III ESA Trust (Trustee: Dan C. Breeden, Jr.)

**Defendant No. 6**

George Dean Johnson, Jr 2009 Revocable Trust (Trustee: George Dean Johnson, Jr.)

**Defendant No. 7**

Timothy MacPhail

**Defendant No. 8**

Curt Sidden, Jr

**Defendant No. 9**

Susanna Presnell Johnson ESA Trust (Trustee: Dan C. Breeden, Jr.)

**Defendant No. 10**

Todd Trawick

**Defendant No. 11**

Mark VanGeison

**Defendant No.12**

Hendrick Motorsports, LLC

**Defendant No 13**

Hendrick Automotive Group

**Defendant No 14**

Joseph Riddick Hendrick III

**Attachment No. 2 Section 1 "The Parties to This Complaint"**

**B. The Defendant(s)**

   **Defendant No. 5**

   **Name:** George Dean Johnson III ESA Trust (Trustee: Dan C. Breeden, Jr.)

   **Job or Title:** Member

   **Street Address:** 1022 Glendalyn Circle

   **City and County:** Spartanburg, Spartanburg

   **State and Zip Code:** South Carolina 29302

   **Phone:** 1-866-441-0251

   **Email:** N/A


   **Defendant No. 6**

   **Name:** George Dean Johnson, Jr 2009 Revocable Trust (Trustee: George Dean Johnson,

   Jr.)

   **Job or Title:** Member

   **Street Address:** 1022 Glendalyn Circle

   **City and County:** Spartanburg, Spartanburg

   **State and Zip Code:** South Carolina 29302

   **Phone:** 1-866-441-0251

   **Email:** N/A

**Defendant No. 7**

**Name:** Timothy MacPhail

**Job or Title:** Chief Financial Officer

**Street Address:** 961 East Main St.

**City and County:** Spartanburg, Spartanburg

**State and Zip Code:** South Carolina 29302

**Phone:** 1-866-441-0251

**Email:** N/A


**Defendant No. 8**

**Name:** Curt Sidden, Jr

**Job or Title:** Chief Executive Officer

**Street Address:** 961 East Main St.

**City and County:** Spartanburg, Spartanburg

**State and Zip:** South Carolina 29302

**Phone:** 1-866-441-0251

**Email:** N/A

**Defendant No. 9**

**Name:** Susanna Presnell Johnson ESA Trust (Trustee: Dan C. Breeden, Jr.)

**Job or Title:** Member

**Street Address:** 1022 Glendalyn Circle

**City and County:** Spartanburg, Spartanburg

**State and Zip:** South Carolina 29302

**Phone:** 1-866-441-0251

**Email:** N/A


**Defendant No. 10**

**Name:** Todd Trawick

**Job or Title:** Chief Operating Officer

**Street Address:** 961 E Main St.

**City and County:** Spartanburg, Spartanburg

**State and Zip:** South Carolina, 29302

**Phone:** 1-866-441-0251

**Email:** N/A

**Defendant No. 11**

**Name:** Mark VanGesion

**Job or Title:** President

**Street Address:** 961 E Main St.

**City and County:** Spartanburg, Spartanburg

**State and Zip:** South Carolina, 29302

**Phone:** 1-866-441-0251

**Email:** N/A


**Defendant No. 12**

**Name:** Hendrick Motorsports, LLC

**Job or Title:** Corporation

**Street Address:** 4400 Papa Joe Hendrick Boulevard

**City and County:** Charlotte, Mecklenburg

**State and Zip:** North Carolina 28262

**Phone:** (704) 455-3400

**Email:** N/A

**Defendant No. 13**

**Name:** Hendrick Automotive Group

**Job or Title:**  Corporation

**Street  Address:** 6000 Monroe Road

**City and County:** Charlotte, Mecklenburg

**State and Zip:** North Carolina 28212

**Phone:** 833-761-2273

**Email:** clientcare@hendrickauto.com

**Defendant No. 14**

**Name:** Joseph Riddick Hendrick III

**Job or Title:** Founder, Owner, Chairman, Shareholder, and Company Official of

Hendrick Motorsports, LLC and Hendrick Automotive Group.

**Street Address:** 3237 Seven Eagles Road

**City and County:** Charlotte, Mecklenburg

**State and Zip:** North Carolina 28210

**Phone:** (704) 455-3400

**Email:** N/A

**Attachment No. 3/ Section II Basis for Jurisdiction**

**B.  If the Basis for Jurisdiction is Diversity of Citizenship**

2. The Defendant(s)

A. If the defendant is an Individual

A1. The defendant Anarudh Agarwal is a citizen of the State of South Carolina.

A2. The defendant Dan C, Breeden Jr is a citizen of the State of South Carolina.

A3. The defendant Jason Bynum is a citizen of the State of South Carolina.

A4. The defendant George Dean Johnson III ESA Trust (Trustee: Dan C. Breeden, Jr.) is a citizen of the State of South Carolina.

A5. The defendant George Dean Johnson, Jr 2009 Revocable Trust (Trustee: George Dean Johnson, Jr.) is a citizen of the State of South Carolina.

A6. The defendant Timothy MacPhail is a citizen of the State of South Carolina.

A7. The defendant Curt Sidden Jr is a citizen of the State of South Carolina.

A8. The defendant Susanna Presnell Johnson ESA Trust (Trustee: Dan C. Breeden, Jr.) is a citizen of the State of South Carolina.

A9.The defendant Todd Trawick is a citizen of the State of South Carolina.

A10. The defendant Mark VanGesion is a citizen of the State of South Carolina.

A11. The defendant Joseph Riddick Hendrick III is a citizen of the State of North Carolina.

B. If the Defendant is a corporation

B1.  The Defendant American Credit Acceptance LLC is incorporated under the laws of the State of South Carolina and has its principal place of business in the State of South Carolina.

B2. The Defendant Hendrick Motorsports, LLC is incorporated under the laws of the State of North Carolina and has its principal place of business in the State of North Carolina.

B3. The Defendant Hendrick Automotive Group is incorporated under the laws of the State of North Carolina and has its principal place of business in the State of North Carolina.

Attachment No. 4 Statement of Claim

On February 01, 2019, I arrived at Hendricks Chrysler, Dodge, Jeep and Ram at 1624 Montgomery HWY Hoover Al 35216 owned and operated by Hendricks Motorsports, LLC, Hendrick Automotive Group, and Joseph Riddick Hendrick III. I had been continuously contacted nonstop by salesperson Robert L Hooks.

At the time I was in an active chapter 7 bankruptcy case but had completed my 341 meetings of creditors. Mr. Robert L Hooks called me every day sometimes more than two times a day until I agreed to come in. Once I arrived at the dealership. It was discussed my needs for another vehicle because I had surrendered my previous car in bankruptcy. Mr. Hooks and the finance manager had me drive many used cars. But every used car I drove they would come back with enormous down payments that I could not afford.

Once I had discovered I could not afford the down payments to the used car. I attempted to leave but was stopped from walking at the office. Mr. Hooks explained that before any customer leave they must allow the general manager to come and speak with them. As I waited for the general manager to come Mr. Hooks returned to the officer. He stated that they believe they have one more deal they could try. I replied with hesitancy but was pushed for by his sells tactics to listen.

Mr. Hooks said his finance manager wanted to try me on a new vehicle as it offered rebates and creditors are more likely to approve me. I stated that it was no use I couldn't get approved. Mr. Hooks said that he knows he could get me approved because bankruptcy clients are all he works with.  I said okay. After over one hour of waiting he returned with an approval for a Jeep Renegade. He refused to discuss numbers until I went outside and chooses one and test drove it.

Once I did I was taken back inside and given the financial information. I was told that I was approved with $1200 down. I refused and again attempted to leave. On my second attempt to leave Mr. Hooks stepped in front of me again to remind me that in order to leave I needed to speak to his general manager. I said okay. But this time I steadily walked in the lobby area towards the door, but before I could out the door make it Mr. Hooks and the General Manager.

They ask me to follow them and they took me to a small build connected to the main building by a bridge way. There I was drilled of why I wasn't signing and how they pushed my deal through, I felt like I was being interrogated. They then asked me what I needed to make the deal happen and I explained that I couldn't do a down payment at the moment. After much more talking I was finally able to leave

The next day I received a call from Mr. Hooks again stating that they had gotten the deal I wanted but only if I came back and signed today. He refused to give me any information about the deal over the phone but stated I had to come in. I returned to the dealership to see the new information

Mr. Hooks and the general manager again presented me with a contract that showed no down payment and payments of $796.94 a month. I stated that I could not do that. And once again the drilling and interrogation tactics started once again. They began to tell me that my other car would soon be gone. And I would need another one. That I would have to man up and do what I had to do to survive. That they do deals like this every day with many bankruptcy Clients and that I would be able to refinance soon. Mr. Hooks and the Staff at the dealership were fully aware that I was a fulltime uber and lyft driver.

But after the paperwork was signed and completed I was lead once again to the separate building connecting to the main building. I was told by Mr. Hooks that they told the Lender American Credit Acceptance that I drove uber and lyft on another car which was untrue. I had every intention to drive my new car on the ride hauling services. I expressed that to him. He responded with it was too late now that papers had already been signed. And that I should not speak to my lender of this conversation. The experience that dealership was very humiliating and used Bully Tactics.

Hendricks Chrysler, Dodge, Jeep and Ram at 1624 Montgomery HWY Hoover Al 35216 owned and operated by Hendricks Motorsports, LLC, Hendrick Automotive Group, and Joseph Riddick Hendrick III. Have developed a common practice of federal illegal consumer Statues and violates consumer rights. By lying to potential creditors looking consumers in unprecedented contacts. They also have made a common practice of locking its consumers in federal illegal pre-dispute arbitration agreement. This agreement prevents consumers from bringing legal action before a court or trial by jury to shed light on their illegal practices. And continue to break numerous consumer laws

There I signed a Retail Instalment Contract for a new 2018 Jeep Renegade (VIN ZACCJABB0JPJ67756). This Contract was signed with American Credit Acceptance LLC of the state of South Carolina under the Official leadership of Anarudh Agarwal (President), Dan C. B reeden ,Jr (Member), Jason Bynum (Chief Operating Officer) , George Dean Johnson III ESA Trust (Trustee: Dan C. Breeden, Jr.) (Member), George Dean Johnson, Jr 2009 Revocable Trust (Trustee: George Dean Johnson, Jr.)(Member), Timothy MacPhail (Chief Financial Officer), Curt Sidden Jr ( Chief Executive Officer) , Susanna Presnell Johnson ESA Trust (Trustee: Dan C. Breeden, Jr.) (Member), Todd Trawick (Chief Operating Officer), Mark VanGeison (President).

The Annual Percentage Rate which is 28%. That carries a finance charge of $30,012.71. With an amount financed of $27,366.97. That brings the total of Payments to $57,379.68 and Total Price of Sale $62,129.68. Maintaining this loan has been difficult. I have only been able to make 1 payment and unable to catch up because of the unrealistic terms to the contract. As sickness played a major part in me nor being able to start my payments on time.

The terms of the contract make it extremely difficult for anyone to catch up. If an individual can catch up it is taken up in interest never allowing for the principle to be paid on therefore creating a never ending car loan. It is their intention to repossess the vehicle with the intent to making me pay the difference after auction. This amount would still be high considering the depreciation of the car. There leading to wage garnishment and court cost.

American Credit Acceptance LLC of the state of South Carolina and the Official leadership. Anarudh Agarwal (President), Dan C. B reeden ,Jr (Member), Jason Bynum (Chief Operating Officer) , George Dean Johnson III ESA Trust (Trustee: Dan C. Breeden, Jr.) (Member), George Dean Johnson, Jr 2009 Revocable Trust (Trustee: George Dean Johnson, Jr.)(Member), Timothy MacPhail (Chief Financial Officer),  Curt Sidden Jr ( Chief Executive Officer) , Susanna Presnell Johnson ESA Trust (Trustee: Dan C. Breeden, Jr.) (Member), Todd Trawick (Chief Operating Officer), Mark VanGeison (President).Have made a habit of practicing Federal illegal Consumer Practices. That violates customer rights. They have also participated in Predatory Lending which also violates consumer rights. They have also violated the Truth in Lending consumer rights.

American Credit Acceptance has made a common practice of charging illegal interest rates. They also have made a common practice of locking its consumers in federal illegal pre-dispute arbitration agreement. This agreement prevents consumers from bringing legal action before a court or trial by jury to shed light on their illegal practices. And continue to break numerous consumer laws.