IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS STEFONE McNEAL,** )<br>)<br>　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>**AMERICAN CREDIT ACCEPTANCE** )<br>**LLC, et al.,**　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　Defendants.　　　　　　　　) | CIVIL ACTION NO.<br>2:19cv1079-MHT<br>(WO) |

**OPINION**

Plaintiff filed this lawsuit asserting claims related to his purchase and financing of a used automobile. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of September, 2022.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**